**Larry Gordon KIRBY, Petitioner—
Appellant,**

v.

**WARDEN, PERRY CORRECTIONAL
INSTITUTION, Respondent—
Appellee.**

No. 10–7082.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 30, 2010.

Decided: Oct. 12, 2010.

Larry Gordon Kirby, Appellant pro se.
Roy F. Laney, Heath McAlvin Stewart,
III, Riley, Pope & Laney, LLC, Columbia,
South Carolina; Donald John Zelenka,
Deputy Assistant Attorney General, Co-
lumbia, South Carolina, for Appellee.

Before NIEMEYER, AGEE, and
KEENAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Larry G. Kirby seeks to appeal the dis-
trict court's order denying relief on his 28
U.S.C. § 2254 (2006) petition. The district
court referred this case to a magistrate
judge pursuant to 28 U.S.C.A.
§ 636(b)(1)(B) (West 2006 & Supp.2010).
The magistrate judge recommended that
relief be denied and advised Kirby that
failure to file specific objections to this
recommendation could waive appellate re-
view of a district court order based upon
the recommendation.

The filing of specific objections to a
magistrate judge's recommendation is nec-
essary to preserve appellate review of the
substance of that recommendation when
the parties have been warned of the conse-
quences of noncompliance. *Wright v. Col-
lins,* 766 F.2d 841, 845–46 (4th Cir.1985);
*see also Thomas v. Arn,* 474 U.S. 140, 106
S.Ct. 466, 88 L.Ed.2d 435 (1985). Kirby
has waived appellate review by failing to
file specific objections after receiving prop-
er notice. Accordingly, we deny a certifi-
cate of appealability and dismiss the ap-
peal.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*